# Michael Faillace & Associates

**Employment and Litigation Attorneys**

60 East 42nd Street, Suite 4510
New York, New York 10165

gnaydenskiy@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/5/2020__

October 2, 2020

**Via ECF**
Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007

        Re: <u>Raamanuj v. Zaika Food Company LLC et al</u>
            20-cv-04317-AT

Your Honor:

    We represent Plaintiff in the above referenced matter. We respectfully request the October 21, 2020 conference be adjourned by 60 days and Plaintiff be granted an extension of time to serve Defendants until October 16, 2020. Defendants were not served yet due to law office failure. Thus, we respectfully request a deadline of October 16, 2020 to serve Defendants and an adjournment of the October 21, 2020 conference.

    We thank the Court for its time and attention to this matter.

GRANTED. By **October 16, 2020**, Plaintiff shall serve Defendants.

The initial pretrial conference scheduled for October 21, 2020, is ADJOURNED to **December 21, 2020**, at **11:00 a.m.** On December 21, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign. By **December 14, 2020**, the parties shall submit their joint status letter and proposed case management plan.

SO ORDERED.

Dated: October 5, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge