# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

gnaydenskiy@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_12/15/2020\_\_

December 14, 2020

**Via ECF**
Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007

Re: Raamanuj v. Zaika Food Company LLC et al
20-cv-04317-AT

Your Honor:

We represent Plaintiff in the above referenced matter. We respectfully request the December 21, 2020 conference be adjourned *sine die*. Defendants have not appeared or answered the complaint. Accordingly, we will shortly be requesting certificates of default and will move for default judgment thereafter. Therefore, we respectfully request the December 21, 2020 conference be adjourned *sine die*.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy

GRANTED. The initial pretrial conference scheduled for December 21, 2020, is ADJOURNED *sine die*. By **December 28, 2020**, Plaintiff shall request a certificate of default.

SO ORDERED.

Dated: December 15, 2020
New York, New York

ANALISA TORRES
United States District Judge

*Certified as a minority-owned business in the State of New York*