UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMA RAAMANUJ,

                Plaintiff,

-against-

ZAIKA FOOD COMPANY LLC (D/B/A ZAIKA), MANDEEP S OBEROI, and POOJA S PATEL,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2021_

20 Civ. 4317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Certificates of default have issued against Defendants. ECF Nos. 27–29. Accordingly, by **January 27, 2021**, Plaintiff shall move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: January 6, 2021
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge