UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMA RAAMANUJ,

                Plaintiff,

-against-

ZAIKA FOOD COMPANY LLC (D/B/A ZAIKA), MANDEEP S OBEROI, and POOJA S PATEL,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021

20 Civ. 4317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 27, 2021, Plaintiff moved by order to show cause for default judgment against Defendants. ECF No. 31. Plaintiff attached affidavits with accompanying exhibits in support, ECF Nos. 32, 34, but the affidavit signed by a party with personal knowledge, ECF No. 32-8, did not include "a statement of proposed damages and the basis for each element of damages" as required by Attachment A of the Court's Individual Practices in Civil Cases. The statement of damages is unsigned. ECF No. 34.

      Accordingly, by **April 30, 2021**, Plaintiff shall refile his affidavit in support of the motion to show cause for default judgment and include this information.

      SO ORDERED.

Dated: April 21, 2021
       New York, New York

                                        ANALISA TORRES
                               United States District Judge