USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2021

# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

gnaydenskiy@faillacelaw.com

May 10, 2021

**Via ECF**
Honorable Analisa Torres
United States District Judge
500 Pearl St.
New York, NY 10007

        Re: Raamanuj v. Zaika Food Company LLC et al
            20-cv-04317-AT

Your Honor:

    We represent Plaintiff in the above referenced matter. We respectfully request a one- week extension *nunc pro tunc* to May 14, 2021 to file an amended default motion. Plaintiff would like to amend his declaration because he remembered that during a certain time period he took 3 days off. Thus, the damages calculations and motion have to be amended accordingly. Therefore, we respectfully request a one- week extension *nunc pro tunc* to May 14, 2021 to file an amended default motion

    We thank the Court for its time and attention to this matter.

        Respectfully Submitted,

        /s/ Gennadiy Naydenskiy
        Gennadiy Naydenskiy

GRANTED.

SO ORDERED.

Dated: May 10, 2021
      New York, New York

ANALISA TORRES
United States District Judge