UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMA RAAMANUJ,

               Plaintiff,

-against-

ZAIKA FOOD COMPANY LLC (D/B/A ZAIKA), MANDEEP S OBEROI, and POOJA S PATEL,

               Defendants.

20 Civ. 4317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Plaintiff's letter dated July 7, 2021. ECF No. 44. Accordingly, by **July 21, 2021**, Plaintiff shall file an amended default motion or voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that a Plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves . . . an answer[.]"

    SO ORDERED.

Dated: July 9, 2021
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2021