```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARMA RAAMANUJ,

                        Plaintiff,

    -against-                                   20 Civ. 4317 (AT)

ZAIKA FOOD COMPANY LLC (D/B/A ZAIKA), MANDEEP S OBEROI, and POOJA S PATEL,                    **ORDER**

                        Defendants.

ANALISA TORRES, District Judge:

       On July 21, 2021, Plaintiff moved the Court to enter default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55. ECF No. 46. Plaintiff submitted declarations, with accompanying exhibits, a proposed default judgment, and a statement of damages in support (the "Supporting Papers"). ECF Nos. 47–49. Accordingly:

1. The Court will resolve the default judgment motion on the papers.

2. By **August 23, 2021**, Plaintiff shall serve copies of this Order and the Supporting Papers at ECF Nos. 47–49, by personal service upon the individual Defendants and by personal service upon an officer, a managing or general agent of Defendant Zaika Food Company LLC. In the alternative, Plaintiff may serve Defendant Zaika Food Company LLC via hand-delivery or first-class mail **and** service on the Secretary of State. N.Y. Business Corp. Law § 306.

3. By **August 27, 2021**, Plaintiff shall file on the docket (1) proofs of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proofs of service).

4. By **September 9, 2021**, Defendants shall respond to Plaintiff's motion.

5. By **September 16, 2021**, Plaintiff shall submit its reply, if any.

       SO ORDERED.

Dated: August 9, 2021
       New York, New York

                                                            ANALISA TORRES
                                                       United States District Judge