

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2021_

Main: 212.392.4772
Direct: 917.594.5561
Fax: 212.444.1030
alfons@lipskylowe.com

www.lipskylowe.com

December 3, 2021

VIA ECF
Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Raamanuj v. Zaika Food Company LLC, et al., 1:20-cv-04317-AT[1]

Dear Judge Torres:

This firm represents the Defendants in the above-referenced Fair Labor Standards Act and New York Labor Law matter. We submit this request on behalf of all parties to respectfully request an extension of the deadline to file the Settlement Agreement and Fairness Letter for this Court's review. There have been no previous requests for an extension of this deadline.

The settlement materials are currently due to be filed today, December 3, 2021 (Dkt. No. 64). The parties apologize for filing this request on the same date as the existing deadline. We have been working diligently to finalize and file everything timely, however, we realize now that additional time is needed for client review, approval, and signatures.

As such, we respectfully request the deadline to file the settlement materials be extended by one week to December 10, 2021. We appreciate the Court's consideration of this request.

GRANTED.

SO ORDERED.

Dated: December 3, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge