UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharma Raamanuj,

                    Plaintiff,

      -against-

Zaika Food Company LLC et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022

20-cv-4317 (KHP)

**ORDER OF DISMISSAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval.  See *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). Plaintiff has also submitted a letter detailing why they believe the proposed settlement agreement is fair, reasonable, and adequate.  (ECF No. 68.)  This Court has reviewed Plaintiff's submissions in order to determine whether the proposed agreement represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in Plaintiff's letter (which included an arms-length settlement mediation with an experienced mediator), the terms of the proposed settlement agreement, it is hereby ORDERED that:

1.      The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the agreement is therefore approved.

2.      In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3.      As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs.

4.      The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
       February 23, 2022

                                        **SO ORDERED.**

                                        *Katharine H Parker*
                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge